IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANGEL LUIS VILLAMIL                                                                          PLAINTIFF

V.                                                                    CIVIL ACTION NO.3:17-CV-161-SA-DAS

COMMISSIONER OF SOCIAL SECURITY                                                  DEFENDANT

NOTICE OF DISMISSAL

After this Court denied the Plaintiff's request to proceed *in forma pauperis* in this action for failing to provide all the required information, the Plaintiff filed a Motion to Dismiss [6]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff's Motion to Dismiss [6] is GRANTED and this CASE is DISMISSED without prejudice. This CASE is CLOSED.

SO NOTICED on this the 13th day of February, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE